IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fariz, Hazem N | Case Number:  08 B 23598 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  9/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 2. | UBS Real Estate Securities Inc | Secured | 0.00 | 0.00 |
| 3. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 6. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 7. | Bank Of Shorewood | Secured | 106,176.66 | 0.00 |
| 8. | Cook County Treasurer | Secured | 5,500.00 | 0.00 |
| 9. | Wachovia Mortgage | Secured | 4,220.86 | 0.00 |
| 10. | UBS Real Estate Securities Inc | Secured | 29,015.00 | 0.00 |
| 11. | Wachovia Mortgage | Secured | 6,000.00 | 0.00 |
| 12. | U.S. Department Of Education | Unsecured | 5,929.80 | 0.00 |
| 13. | Bank Of Shorewood | Unsecured | 3,909.78 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 1,070.01 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 484.29 | 0.00 |
| 16. | Chase Bank USA NA | Unsecured | 116.18 | 0.00 |
| 17. | Washington Mutual Bank FA | Secured | | No Claim Filed |
| 18. | Citizens Bank | Secured | | No Claim Filed |
| 19. | Citizens Bank | Secured | | No Claim Filed |
| 20. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 21. | J Jill | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Chase | Unsecured | | No Claim Filed |
| 24. | City Of Chicago | Unsecured | | No Claim Filed |
| 25. | Chase Manhattan Mortgage Corp | Unsecured | | No Claim Filed |
| 26. | HSBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Fariz, Hazem N

Printed: 01/22/09

Case Number: 08 B 23598
Judge: Wedoff, Eugene R
Filed: 9/6/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Bank Of America | Unsecured | | No Claim Filed |
| 28. Nicor Gas | Unsecured | | No Claim Filed |
| 29. American Express | Unsecured | | No Claim Filed |
| 30. Macy's Visa | Unsecured | | No Claim Filed |
| 31. Internal Revenue Service | Unsecured | | No Claim Filed |
| | | $ 162,422.58 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

